1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8   BRADLY M. CUNNIGHAM, SR., SID
    No. 10456927,
9
                    Plaintiff,
10
11          v.

12   STATE OF OREGON, et al.,

13                  Defendant(s).

Case No.  25-cv-09806-SK  (PR)

**ORDER OF TRANSFER**

14          Plaintiff Bradly M. Cunnigham, Sr., a prisoner in the custody of the Oregon Department of

15   Corrections serving a life sentence from the Washington County Circuit Court, in Hillsboro,

16   Oregon, has filed a pro se complaint under 42 U.S.C. § 1983 alleging various wrongdoing by the

17   State of Oregon and Oregon state officials in connection with his conviction and custody.

18          A federal civil action may be brought in: (1) a judicial district in which any defendant

19   resides, if all defendants are residents of the State in which the district is located; (2) a judicial

20   district in which a substantial part of the events or omissions giving rise to the claim occurred, or a

21   substantial part of the property that is the subject of the action is situated; or (3) if there is no

22   district in which an action may otherwise be brought as provided in this section, any judicial

23   district in which any defendant is subject to the court's personal jurisdiction with respect to such

24   action.  28 U.S.C. § 1391(b).

25          Here, all the defendants reside, and a substantial part of the events or omissions giving rise

26   to the claims occurred, in the State of Oregon, which constitutes one federal judicial district, the

27   District of Oregon.  See id. § 117.  Venue for this action therefore properly lies in the United

28   States District Court for the District of Oregon.  See id. § 1391(b).

United States District Court
Northern District of California

1      Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. §

2  1406(a), this action be TRANSFERRED to the United States District Court for the District of

3  Oregon.

4      The clerk shall transfer this matter forthwith.

5      **IT IS SO ORDERED**.

6  Dated: November 25, 2025



7  _____

8  SALLIE KIM
  United States Magistrate Judge

United States District Court
Northern District of California

2